JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CAMPBELL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE MADDEN, LTD., a Delaware corporation, and DOES 1-9, inclusive,<br><br>Defendants. | Case No. CV11 04836 AHM (JCx)<br><br>**ORDER OF DISMISSAL**<br><br>**Complaint served:  6/8/11**<br>**Current response date:  10/17/11**<br><br>Hon. A. Howard Matz |

The Court having considered the stipulation of the parties, and for good cause shown,

**IT IS ORDERED** that:

1. The above action, with the named defendant Steve Madden Ltd. properly referred to as Steven Madden, Ltd. (collectively "Steve Madden"), is dismissed in its entirety with prejudice with respect to the complaint filed by Jeffrey Campbell, LLC, and without prejudice with respect to the answer, affirmative defenses, and counterclaims filed by Steve Madden; and

2. Each party shall bear its own attorneys' fees and costs.

Dated: October 17, 2011

*[signature: A. Howard Matz]*

JS-6             Hon. A. Howard Matz, U.S. District Court Judge

-1-

CHRISTIE, PARKER & HALE, LLP